IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

..................................................................x

In re:

                                              CHAPTER 11

VANTAGE PETROLEUM, INC.              Case No.   8-82-81962-AST
*82-81962*

                                                  (883-31066-20,
                                                  883-31293 to
                                                  883-31297-20
                                   and Adv. No. 889-0129-20)

      Debtors

..................................................................x

## STATEMENT OF ISSUES FOR APPEAL AND DESIGNATION OF RECORDS REQUIRED

**COMES NOW LAWRENCE SALVATORE IORIZZO:** who submits to this Honorable Court the statement of issues for appeal and the record designations for the file. The record designations are as follows:

| DOCKET NO. | DESCRIPTION |
| --- | --- |
| 4 | MOTION TO REOPEN CHAPTER 11 CASE |
| 8 | OBJECTION TO MOTION FOR RELIEF FROM JUDGMENT |
| 11 | MOVANT'S RESPONSE TO OBJECTION TO MOTION FOR RELIEF FROM JUDGMENT |
| 12 | ORDER DENYING MOTION TO REOPEN |

     The issue for appeal is that the Judge stated that Mr. Backenroth would make the request of the Clerk of the Bankruptcy Court to locate and produce-docket an agreement between the Iorizzos and the Trustee of a settlement of the case before a final decision was made on the pending motion. The request was never made and no agreement was produced by Mr. Beckenroth, nonetheless the Court denied the

1

motion without further hearing or argument from the parties. This was in error and requires the District Court to remand the case for further argument and record development.

Respectfully Submitted

_____ 10/20/2011
Lawrence Salvatore Iorizzo
Pro-Se.
Post Office Box 268
Mastic Beach, New York 11951-0268
Telephone 850-377-6905
E-mail larryh1938@aol.com

## CERTIFICATE OF SERVICE

**I, LAWRENCE SALVATORE IORIZZO HEREBY CERTIFY:** that a true and conformed copy of the foregoing was placed in the U.S. Postal Service receptacle this 20th day of October, 2011 addressed to the following:

Mr. Abrham Backenroth, Esquire
BACKENROTH FRANKEL & KRINSKY, LLP
Attorneys for Abraham Backenroth,
predecessor firms and the Vantage Trustee
489 Fifth Avenue
New York, New York 10017
(212) 593-1100

Lawrence Salvatore Iorizzo